**SAUL EWING LLP**
A Delaware LLP
750 College Road East
Princeton, NJ 08540
(609) 452-3100
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Refco Inc., et al., | Case No. 05-60006 (RDD) |
|       Reorganized Debtors | Jointly Administered |
| | |
| Refco Group, LTD., LLC | |
|       Plaintiff, | |
| v. | Adversary Proceeding No. 12-02054 |
| Cantor Fitzgerald, L.P., Cantor Fitzgerald Securities, Lee Amaitis, Stephen Merkel, Howard W. Lutnick, Cantor Index Holdings Limited Partnership LLC, Cantor G&W (Nevada) L.P., Cantor Entertainment Technology, Inc., | |
|       Defendants | |
| - and – | |
| Cantor Index Holdings, L.P., | |
|       Nominal Defendant | |

**MOTION TO WITHDRAW THE REFERENCE**
**OF THE ABOVE-CAPTIONED ADVERSARY PROCEEDING**

Cantor Fitzgerald, L.P.; Cantor Fitzgerald Securities; Cantor Index Holdings Limited Partnership LLC; Cantor G&W (Nevada) L.P.; Cantor Entertainment Technology, Inc.; Lee Amaitis; Stephen Merkel, Howard Lutnick; and Cantor Index Holdings, L.P. (collectively, the "Defendants") hereby submit this motion (the "Motion") for the reference of this adversary proceeding to the United States Bankruptcy Court for the Southern District of New York to be withdrawn and for this matter to proceed as a case before the United States District Court for the Southern District of New York.   In support of the Motion, Defendants rely upon the accompanying Brief in Support of Motion to Withdraw the Reference of the Above-Captioned Adversary Proceeding filed contemporaneously herewith.

Dated: March 11, 2013

**SAUL EWING LLP**

By:*/s/ Ruth A. Rauls*
　　Ruth A. Rauls, Esq.
　　750 College Road East
　　Princeton, NJ 08540
　　(609) 452-5049
　　(609) 452-6114 (Fax)
　　Email: rrauls@saul.com

　　*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Refco Inc., et al., | Case No. 05-60006 (RDD) |
| Reorganized Debtors | Jointly Administered |
| | |
| Refco Group, LTD., LLC | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 12-02054 |
| Cantor Fitzgerald, L.P., Cantor Fitzgerald Securities, Lee Amaitis, Stephen Merkel, Howard W. Lutnick, Cantor Index Holdings Limited Partnership LLC, Cantor G&W (Nevada) L.P., Cantor Entertainment Technology, Inc., | |
| Defendants | |
| - and – | |
| Cantor Index Holdings, L.P., | |
| Nominal Defendant | |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, Esquire, hereby certify that on March 11, 2013, I caused a copy of the **Motion to Withdraw the Reference of the Above-Captioned Adversary Proceeding** to be served via electronic notification and email on the following party.

> Geoffrey C. Jarvis, Esquire
> Grant & Eisenhofer P.A.
> 123 S. Justison Street
> Wilmington, DE 19801

SAUL EWING LLP

By:/s/ Lucian B. Murley
  Lucian B. Murley
  222 Delaware Avenue, Suite 1200
  P.O. Box 1266
  Wilmington, DE 19899
  (302) 421-6898