Jay W. Eisenhofer
Geoffrey C. Jarvis
Matthew P. Morris
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Special Litigation Counsel to Refco Group Ltd., LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REFCO GROUP LTD., LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CANTOR FITZGERALD, L.P., et al.,<br><br>      Defendants. | C.A. No. 1:13-cv-01654-RA |

**NOTICE OF MOTION OF PLAINTIFF REFCO GROUP LTD., LLC**
**TO UNSEAL THE VERIFIED AMENDED COMPLAINT**

  PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, dated May 1, 2013, the Declaration of Geoffrey C. Jarvis, and the exhibits annexed thereto, Plaintiff Refco Group Ltd., LLC ("Plaintiff") hereby moves this Court for an Order unsealing Plaintiff's Amended Complaint, and for such other and further relief as this Court deems appropriate.

Plaintiff certifies that it has used its best efforts to resolve informally the matters raised in this motion.

Dated:  May 1, 2013                                            **GRANT & EISENHOFER P.A.**

By */s/ Geoffrey C. Jarvis*
Jay W. Eisenhofer
Geoffrey C. Jarvis
Matthew P. Morris
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
Email: jeisenhofer@gelaw.com
           gjarvis@gelaw.com
           mpmorris@gelaw.com

*Special Litigation Counsel to*
*Refco Group Ltd., LLC*