# Exhibit C-1

# Hammonds

BY SPECIAL DELIVERY

Mr Andrew Dixon
Gambling Commission
4th Floor
Victoria Square House
Victoria Square
Birmingham
B2 4BP

Our ref: CAR/TPN/CAN.107-47

Your ref:

Date: 19 November 2009

Dear Mr Dixon

## Cantor G&W Limited: Operating Licence Application

We act for Cantor Gaming & Wagering Limited ("Cantor G&W"). We enclose for your consideration Cantor G&W's application for a non-remote gambling software licence and a remote general betting licence together with supporting documentation and a cheque for the licence application fee.

Cantor G&W is a newly incorporated company. It is a part of the Cantor Fitzgerald Group of companies, which is one of the largest financial institutions in the world. By way of background, a number of Cantor companies hold or have held gambling licences both in the UK and other jurisdictions such as Nevada. Currently, for example, Cantor Index Ltd conducts betting business in the UK under licence no. 02997.

The purpose of this application is as part of a corporate restructuring. Essentially, Cantor Index currently operates both fixed odds betting on financial indices and also spread betting (which is regulated by the FSA). It is proposed that the new company, Cantor G&W, will take over the Financial Fixed Odds operations of Cantor Index Ltd. Some staff and assets as well as the benefit of a contract with Ladbrokes will be transferred to Cantor G&W once it has its licence – and it will essentially carry on the Financial Fixed Odds business conducted currently by Cantor Index. Equally, Cantor Index will surrender its licence to offer fixed odds betting once Cantor G&W is operational. It is for this reason that we are able to give quite accurate predictions of the likely business streams of the new business.

The licence currently held by Cantor Index Ltd is due to expire on 29 January 2010. Ideally we would like the Cantor G&W licence to be in place on or before this date and we should be grateful for any assistance you could offer in achieving this timetable.

Hammonds LLP
7 Devonshire Square  London  EC2M 4YH  DX 136546 Bishopsgate 2
Telephone +44 (0)20 7655 1000  Direct Line +44 (0)20 7655 1002  Direct Fax +44 (0)870 458 3203
Email carl.rohsler@hammonds.com

Website www.hammonds.com

Hammonds LLP is a limited liability partnership registered in England and Wales with registered number OC335584. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of the members and their professional qualifications is open to inspection at the registered office 7 Devonshire Square London EC2M 4YH. We use the word "Partner" to refer to a member of Hammonds LLP or an employee or consultant with equivalent standing and qualifications.

# Hammonds

Gambling Commission
19 November 2009

Please find enclosed the following documents:

1. an operating licence application form (as yet, this is unsigned, but has been approved by the client — we are expecting signature pages through in the next day or so — but the directors are resident in New York and Nevada);

2. a cheque in the sum of £3,873.25;

3. memorandum and articles of association for Cantor G&W;

4. a draft personal management licence application form for Mr David Puckeridge with CRB disclosure dated 31 July 2009 (a signed version will be sent through in the next couple of days);

5. a business plan for Cantor G&W (containing an organisational chart);

6. Annex B; and

7. Annex R.

An Annex A in respect of Mr Howard Lutnick together with a police record check is being sent directly to you from Cantor's US offices. Since the enclosed forms are, apart from the signatures, in substance complete and accompanied by the full application fee, we hope that you will be able to assign a number to this application and proceed with processing immediately, on the basis that the outstanding documents will follow very shortly.

Please do not hesitate to contact Carl Rohsler on 020 7655 1662 (carl.rohsler@hammonds.com) should you have any queries.

Thank you in advance for your assistance. We look forward to hearing from you, and it would be helpful if you could acknowledge receipt and provide a reference so that we can send the other documentation in a way that will find its way to the same case file.

Yours faithfully

*Hammonds LLP*

Hammonds LLP

Encs.

2

CONFIDENTIAL AND PROPRIETARY

## Addendum to Operating Licence Application Forms

From 1 May 2009 new licence conditions will come into force, which are attached to non remote bingo, non remote casino and non remote general betting standard licences.

Supplement 4 to the Commission's Licence Conditions and Codes of Practice imposes licence conditions, and introduces an associated code of practice, which are designed to ensure that the gambling activity appropriate to the licence type is actually offered as the primary activity on premises operated in reliance upon the operating licence in question; and not simply as an adjunct to the provision of gaming machines under that licence.

As part of its assessment process, the Commission considers whether an applicant is likely to be able to comply with the conditions of the licence which has been applied for. The Commission therefore requires applicants for non remote bingo, non remote casino and non remote general betting standard licences to be able to show how they intend to comply with the conditions in Supplement 4. In order to avoid delay in determining your application you may wish to provide details about this as part of your application. Further guidance can be found on our website.

**Apply for a licence**

Operating Licence – Application Form                v2.0

CONFIDENTIAL AND PROPRIETARY

G&W011711

# Operating Licence Application Form

**GAMBLING COMMISSION**

- Please read the **Operating Licence Application Form Guidance Notes** before completing this application form.
- This form will be scanned. Therefore please complete all relevant sections in **BLACK INK**, write clearly within the boxes and use **CAPITAL LETTERS**, except when signing or providing an email address.
- If you make a mistake, please fill in the box and write the correction as near to the mistake as possible. Do not use correction fluid.
- If there are any changes to your circumstances or any of the information contained within this form changes during the period between submitting your application and your application being determined you must notify the Commission immediately. Failure to do so could result in your application being delayed or cause the decision on your licence to be reviewed.
- If the application fee is not provided, the form is completed incorrectly or supporting documentation is missing or not provided upon request, your application will be delayed and this may result in your application being determined based on the information we have available which may affect the decision on whether a licence can be granted. If you misrepresent, or fail to reveal, information that you are asked to provide, you may have committed an offence under Section 342 of the Gambling Act 2005.

## Section 1: Applicant Contact Details

1. Please provide the name of the applicant who is applying for the licence.

Operator name (the company, individual or other entity that will be the licence holder). If the operator is a partnership, the name of each individual partner must be listed.

**Cantor Gaming & Wagering Limited**

Trading name(s) (if different from above)

2. The Commission is required to publish the fact that you have made an application for an Operating Licence (see Guidance Notes). If you do not wish the Commission to publish the fact you have a pending application, or do not wish for your full address to be published, please provide reasons below. Once a licence has been granted details must be published on the public register under Section 106 of the Gambling Act 2005. If you require additional space, please use a continuation sheet.

As part of the Commission's commitment to providing a cost effective service we will issue all licences and correspondence electronically. Please cross the box if you DO NOT wish us to communicate with you in this way.

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011712

### Section 1. (continued)

3. Please provide the name of a contact with whom you wish the Commission to correspond about this application. This can be an employee of the applicant or other representative such as a solicitor. Please note that ALL correspondence and licences relating to this application will be issued to this person. The address provided in this section MUST be in the United Kingdom.

Title

Mr

First name(s)

Carl

Surname

Rohsler

Position

Partner, Hammonds LLP

Property number    Property name

7    Devonshire Square

Street

Cutlers Gardens

Town/city

London

Postcode    Country

EC2M 4YH    UK

Contact number (inc. area code)

020 7655 1662

Alternative contact number (inc. area code)

07793917621

Email address (please refer to Guidance Notes)

carl.rohsler

@ hammonds.com

continues on next page

Operating Licence – Application Form    v2.0    GCOL/Page 2 of 28

CONFIDENTIAL AND PROPRIETARY

G&W011713

**Section 1 (continued)**

**4. Type of entity applying for the licence (cross (X) one box only)**

a. Private Limited Company  ☒

b. Public Limited Company

c. Sole Proprietor

d. Partnership

e. Corporate Body

f. Non-Commercial Society

g. Local Authority

h. Government Organisation

i. Other (specify below)

**5. Is the applicant a registered company or business?**

No – please continue to question 6  ☐    Yes – please complete the following details  ☒

Registration number (eg. Company number)

7075871

Name of organisation company is registered with (eg. Companies House)

Companies House

**Registered Address**

Property number: 1    Property name: Churchill Place

Street: Canary Wharf

Town/city: London

Postcode: E14 5RB    Country: UK

continues on next page

## Section 1 (continued)

**6. Does the applicant have a head office address which is different to the registered address detailed in question 5? (see Guidance Notes)**

No – please continue to question 7 [X]   Yes – please provide details below [ ]

Property number    Property name

Street

Town/city

Postcode            Country

Company internet address

**7. Has the applicant ever been known by another name (company name changes, aliases and previous names)?**

No – please continue to question 8 [ ]   Yes – please provide details below [ ]
                                          (use a continuation sheet if necessary)

Previous name

From                To

**8. Does the applicant or any other entities or organisations connected with it hold a Gambling Commission Operating Licence or have any applications pending?**

No – please continue to question 9 [ ]   Yes – please provide details below [ ]
                                          (use a continuation sheet if necessary)

**8a. Operator name (in which licence is held)**

Cantor Index Ltd

Licence number

002997

Date licence issued              Date application made if licence not yet issued

27/04/2007

**8b. Operator name (in which licence is held)**

Licence number

Date licence issued              Date application made if licence not yet issued

## Section 2. Licence Application

### 9a. Non-remote

Please refer to the Guidance Notes and cross the box(es) to indicate the category and type (eg. A, B, C, D or E) of non-remote Operating Licence being applied for. Please note, you may require more than one type of licence to fully licence all your operations, so please read the descriptions of all licence types and ensure you apply for all required licences.

| Non-Remote | A | B | C | D | E |
|---|---|---|---|---|---|
| Casino: 2005 Act | | | | | |
| Casino: 1968 Act | | | | | |
| Bingo | | | | | |
| General betting (standard) | | | | | |
| General betting (limited) | | | | | |
| Pool betting | | | | | |
|   Full pool betting with dogs and football | | | | | |
|   Pool betting without dogs or football | | | | | |
|   Pool betting with dogs | | | | | |
|   Pool betting with football | | | | | |
|   Pool betting restricted to football | | | | | |
| Betting intermediary | | | | | |
| Gaming machine general: AGC | | | | | |
| Gaming machine general: FEC | | | | | |
| Gaming machine technical: full | | | | | |
| Gaming machine technical: supplier | | | | | |
| Gaming machine technical: software | | | | | |
| Gambling software | | ☒ | | | |
| External lottery manager | | | | | |
| Society lottery | | | | | |

### 9b. Ancillary

The licences listed below can only be applied for if you are applying for the relevant full licence. Please see Guidance Notes for details:

| | | |
|---|---|---|
| Casino ☐ | General betting (limited) ☐ | Gaming machine technical: software ☐ |
| Bingo ☐ | Gaming machine technical: full ☐ | Gambling software ☐ |
| General betting (standard) ☐ | Gaming machine technical: supplier ☐ | |

continues on next page

Operating Licence – Application Form    v2.0    GCOL/Page 5 of 28

CONFIDENTIAL AND PROPRIETARY    G&W011716

## Section 2 (continued)

### 9c. Remote

Please refer to the Guidance Notes and indicate the category and type (eg. F, G, H, I or J) of remote Operating Licence being applied for. If you are applying for a remote licence you must also complete and submit Annex R. Please note, you may require more than one type of licence to fully licence all your operations, so please read the descriptions of all licence types and ensure you apply for all required licences.

Non Remote                                                F    G    H    I    J

Casino

Bingo

General betting                                                     X

General betting: telephone only

Pool betting

   Full pool betting with dogs and football

   Pool betting without dogs or football

   Pool betting with dogs

   Pool betting with football

   Pool betting restricted to football

Betting intermediary

Betting intermediary: trading room only

Gaming machine technical: full

Gaming machine technical: supplier

Gaming machine technical: software

Gambling software

External lottery manager

Society lottery

CONFIDENTIAL AND PROPRIETARY                                     G&W011717

### Section 2 (continued)

**9d. Linked**

The licences listed below can only be applied for if you are applying for the relevant full licence. Please see Guidance Notes for details.

Non-remote Gaming machine technical supplier: ☐        Remote Gaming machine technical supplier: ☐

Non-remote Gambling software: ☐        Remote Gambling software: ☐

If you are applying for a linked licence, you are required to answer the following additional questions to ensure that you are able to meet the restrictions applicable to a linked licence. Please see Guidance Notes.

Do you employ staff specifically to carry out the activities authorised by the linked licence?

Yes – please specify the amount spent on staff below ☐    No ☐

Amount: [redacted]

If you do not employ staff specifically to carry out the activities authorised by the linked licence, how much time does the operator and their employees spend on the activities authorised by the linked licence and what is the estimated cost to the business?

Time: [redacted] Hours        Cost: [redacted]

On average, how much is spent per year on replacement parts and equipment for the activities authorised by the linked licence?

Amount: [redacted]

Are there any additional costs such as travelling expenses incurred in the delivery of the activities authorised by the linked licence?

Yes – please specify the amount spent below ☐    No ☐

Amount: [redacted]

Please specify the total amount that you expect to spend on the activity authorised by the linked licence each year.

Amount: [redacted]

CONFIDENTIAL AND PROPRIETARY        G&W011718

## Section 3. Management, Owner and Organisation Details

**10.** How many premises do you have in total from which gambling services or facilities are delivered or will be delivered? **1**

Please list the address of all premises in Great Britain which will be used to operate or deliver gambling services (use a continuation sheet if needed). Please indicate all activities conducted at the premises.

**10a.** Business name(s) displayed at premises if different from the operator name

Cantor Gaming

| Property number | Property name |
|---|---|
| 1 | Churchill Place |

Street: Canary Wharf

Town/city: London

Postcode: E14 5RB   Country: UK

Premises licence applied for?  Yes ☐  No ☒

Please indicate the type of activity undertaken at these premises:

| Administration ☒ | Pool betting ☐ | Adult gaming centre ☐ |
| Casino (indicate size L, S, E) ☐ | Machine technical ☐ | Lottery manager ☐ |
| Bingo ☐ | Gambling software ☒ | Family entertainment centre ☐ |
| Betting shop ☐ | Betting intermediary ☐ | Society lottery ☐ |

**10b.** Business name(s) displayed at premises if different from the operator name

| Property number | Property name |
|---|---|
|  |  |

Street:

Town/city:

Postcode:   Country:

Premises licence applied for?  Yes ☐  No ☐

Please indicate the type of activity undertaken at these premises:

| Administration ☐ | Pool betting ☐ | Adult gaming centre ☐ |
| Casino (indicate size L, S, E) ☐ | Machine technical ☐ | Lottery manager ☐ |
| Bingo ☐ | Gambling software ☐ | Family entertainment centre ☐ |
| Betting shop ☐ | Betting intermediary ☐ | Society lottery ☐ |

*continues on next page*

Operating Licence – Application Form   v2.0   GCOL/Page 8 of 28

CONFIDENTIAL AND PROPRIETARY

G&W011719