Exhibit C-2

## Section 3 (continued)

**10c.** Business name(s) displayed at premises if different from the operator name

Property number   Property name

Street

Town/city

Postcode   Country

Premises licence applied for?   Yes ☐   No ☐

Please indicate the type of activity undertaken at these premises:

| | | |
|---|---|---|
| Administration | Pool betting | Adult gaming centre |
| Casino (indicate size L, S, E) | Machine technical | Lottery manager |
| Bingo | Gambling software | Family entertainment centre |
| Betting shop | Betting intermediary | Society lottery |

**10d.** Business name(s) displayed at premises if different from the operator name

Property number   Property name

Street

Town/city

Postcode   Country

Premises licence applied for?   Yes ☐   No ☐

Please indicate the type of activity undertaken at these premises:

| | | |
|---|---|---|
| Administration | Pool betting | Adult gaming centre |
| Casino (indicate size L, S, E) | Machine technical | Lottery manager |
| Bingo | Gambling software | Family entertainment centre |
| Betting shop | Betting intermediary | Society lottery |

continues on next page

CONFIDENTIAL AND PROPRIETARY   G&W011720

# Section 3. (continued)

The Commission needs to understand how the applicant operates its business on a daily basis, for example who makes and implements the operational decisions and how the applicant copes with accidents, sickness or other unexpected disruptions to key personnel.

11. Please provide details of all individuals (directors, partners, senior managers etc) who are involved in the management of, or who are responsible for the ongoing operation of the applicant. Please indicate ALL roles that each individual performs. An Annex A or Personal Management Licence application must be included for all individuals listed (see Guidance Notes). Please use a continuation sheet if necessary.

**11a. First name(s)**
Andrew

Surname
Garrood

Does this individual hold or have they submitted an Annex A or PML application?  Annex A ☐   PML ☒

Role
- Overall strategy and delivery of gambling ☒
- Financial planning, control and budgeting ☐
- Regulatory compliance ☒
- Marketing and commercial development ☒
- Gambling related IT provision and security ☐

**11b. First name(s)**
Douglas

Surname
Barnard

Does this individual hold or have they submitted an Annex A or PML application?  Annex A ☐   PML ☒

Role
- Overall strategy and delivery of gambling ☐
- Financial planning, control and budgeting ☒
- Regulatory compliance ☒
- Marketing and commercial development ☐
- Gambling related IT provision and security ☐

**11c. First name(s)**
David

Surname
Puckeridge

Does this individual hold or have they submitted an Annex A or PML application?  Annex A ☐   PML ☒

Role
- Overall strategy and delivery of gambling ☐
- Financial planning, control and budgeting ☐
- Regulatory compliance ☒
- Marketing and commercial development ☐
- Gambling related IT provision and security ☒

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011721

## Section 3 (continued)

**11d. First name(s)**

**Surname**

**Date of birth**

Does this individual hold or have they submitted an Annex A or PML application?  Annex A ☐  PML ☐

**Role**
- Overall strategy and delivery of gambling ☐
- Financial planning, control and budgeting ☐
- Regulatory compliance ☐
- Marketing and commercial development ☐
- Gambling related IT provision and security ☐

**11e. First name(s)**

**Surname**

**Date of birth**

Does this individual hold or have they submitted an Annex A or PML application?  Annex A ☐  PML ☐

**Role**
- Overall strategy and delivery of gambling ☐
- Financial planning, control and budgeting ☐
- Regulatory compliance ☐
- Marketing and commercial development ☐
- Gambling related IT provision and security ☐

**12. Does the applicant qualify for Small Scale Operator exemption (SSO) (see Guidance Notes)?**

Yes – please complete question 13 if applicable, then continue to question 14 ☐

No – please continue to question 14 ☐

**13. If the applicant is applying for a General betting (limited) Operating Licence AND qualifies for Small Scale Operator exemption, please list the full names of all representatives who you intend to be able to accept bets on-course, including managers or owners who accept bets. Please supply a copy of the employment contract for the employees listed.**

13a.

13b.

13c.

13d.

13e.

13f.

13g.

13h.

13i.

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011722

### Section 3. (continued)

The Commission needs to know the identity of every person who has a 3% or more interest in an applicant and requires an Annex A from every person who has a 10% or more interest in that applicant who is not the holder of or applying for a Personal Management Licence.

14. Do any individuals DIRECTLY own a 3% or above share in the applicant entity? An Annex A must be attached for anyone holding a 10% share or above in addition to listing their names below.

Yes – please complete their details below: [X]
(please use a continuation sheet if necessary)
No – please continue to question 15 [ ]

14a. First name(s)
Howard William

Surname
Lutnick

Equity: 89.97 %
Does this individual hold or have they submitted an Annex A or PML application?  Annex A [X]  PML [ ]

14b. First name(s)
Lee Martin

Surname
Amaitis

Equity: 7.43 %
Does this individual hold or have they submitted an Annex A or PML application?  Annex A [ ]  PML [ ]

14c. First name(s)

Surname

Date of birth

Equity: %
Does this individual hold or have they submitted an Annex A or PML application?  Annex A [ ]  PML [ ]

14d. First name(s)

Surname

Date of birth

Equity: %
Does this individual hold or have they submitted an Annex A or PML application?  Annex A [ ]  PML [ ]

14e. First name(s)

Surname

Date of birth

Equity: %
Does this individual hold or have they submitted an Annex A or PML application?  Annex A [ ]  PML [ ]

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011723

## Section 3. (continued)

15. Is the applicant owned by any other companies?

Yes – please provide a diagram (see Guidance Notes) ☒    No – please continue to question 16 ☐

Where any other companies own equity in the applicant, please provide a diagram showing the ownership structure and identifying the entities and their shareholders who either directly or indirectly have an interest of 3% or more in the operator, to the point at which the shareholding becomes so diluted that no one entity or individual holds more than the threshold interest of 3% (see Guidance Notes).

## Section 4. Criminality and Investigations

All current (ie. unspent) convictions recorded against the company or its officers must be declared. In the case of convictions for relevant offences, previous convictions (ie. spent) must also be declared. Section 4 of the Rehabilitation of Offenders Act 1974 does not apply to a Gambling Commission licence application.

16. Has the applicant or any of its directors, partners or officers named in questions 13 or 14 ever been found liable under the criminal laws of England, Scotland, Wales or any other jurisdiction, or received a civil penalty relating to their corporate duties? (Please include details if charged with an offence but awaiting trial or under investigation.)

Yes – please provide details below ☒    No – please continue to question 17 ☐

16a. Full name(s)

Lee Martin Amaitis

Date

23/10/1987

Offence

| Directors Liability ☐ | Corruption ☐ | Companies Act offences ☐ |
| Insolvency offences ☐ | Fraudulent Trading ☐ | Restraint, confiscation orders and asset recovery ☐ |
| Regulatory offences ☐ | False Accounting ☐ | Schedule 7 offences – Gambling Act 2005 ☐ |
| Financial Services and Market Act offences ☐ | Corporate Manslaughter ☐ | Other (please specify below) ☒ |

Please provide details of the circumstances surrounding the offence below. Please include details of any penalties issued and also the location of the convicting court and country. (If you have crossed Schedule 7 offences, please ensure you specify which offence you have been convicted of/are awaiting trial for/are under investigation for.) Please use a continuation sheet if necessary.

Convicted of a 21 USL 844 offence (possession of a controlled substance) in New York, received probation of one year and a $5,000 fine.

Please note that the group diagram chart required at question 15 is at section 2, page 6 of the Business Plan

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011724

## Section 4. (continued)

**16b. Full name(s)**

**Date**

**Offence**

| | | |
|---|---|---|
| Directors Liability ☐ | Corruption ☐ | Companies Act offences ☐ |
| Insolvency offences ☐ | Fraudulent Trading ☐ | Restraint, confiscation orders and asset recovery ☐ |
| Regulatory offences ☐ | False Accounting ☐ | Schedule 7 offences – Gambling Act 2005 ☐ |
| Financial Services and Market Act offences ☐ | Corporate Manslaughter ☐ | Other (please specify below) ☐ |

Please provide details of the circumstances surrounding the offence below. Please include details of any penalties issued and also the location of the convicting court and country. (If you have crossed Schedule 7 offences, please ensure you specify which offence you have been convicted of/are awaiting trial for/are under investigation for.) Please use a continuation sheet if necessary.

**16c. Full name(s)**

**Date**

**Offence**

| | | |
|---|---|---|
| Directors Liability ☐ | Corruption ☐ | Companies Act offences ☐ |
| Insolvency offences ☐ | Fraudulent Trading ☐ | Restraint, confiscation orders and asset recovery ☐ |
| Regulatory offences ☐ | False Accounting ☐ | Schedule 7 offences – Gambling Act 2005 ☐ |
| Financial Services and Market Act offences ☐ | Corporate Manslaughter ☐ | Other (please specify below) ☐ |

Please provide details of the circumstances surrounding the offence below. Please include details of any penalties issued and also the location of the convicting court and country. (If you have crossed Schedule 7 offences, please ensure you specify which offence you have been convicted of/are awaiting trial for/are under investigation for.) Please use a continuation sheet if necessary.

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011725

## Section 4 (continued)

17. Is the applicant subject to any current, pending or previous investigation by any statutory, regulatory or governing body in Great Britain (eg. Financial Services Authority, Her Majesty's Revenue and Customs, Horseracing Regulatory Authority) in respect of any gambling licence, certificate or permit held in the last five years?

Yes – please provide details below ☐   No – please continue to question 18 ☒

17a. Date

Name of investigating body

Type of licence held

Reference number

Please provide details of circumstances surrounding the investigation and any additional information below.
Please use a continuation sheet if necessary

17b. Date

Name of investigating body

Type of licence held

Reference number

Please provide details of circumstances surrounding the investigation and any additional information below.
Please use a continuation sheet if necessary

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011726

## Section 4. (continued)

18. Does the applicant currently or has the applicant previously held any gambling related licences or permits abroad?

Yes – please provide details below. ☐  No – please continue to question 19 ☒
(use a continuation sheet if necessary)

18a. Name in which licence or permit is held

Name of issuing body

Type of licence held

Licence number

Country

Has the applicant been subject to any current, pending or previous investigation in the last five years by any statutory, regulatory, government or governing bodies in respect of the licence specified above?

Yes – please provide details below. ☐  No – please continue to question 19 ☐
(use a continuation sheet if necessary)

Date

Name of investigating body

Type of licence held

Reference number

Please provide details of circumstances surrounding the investigation and any additional information below. Please use a continuation sheet if necessary.

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011727

## Section 5. Policy Information

The Commission has to be satisfied that a licensed operator understands its responsibilities to meet the licensing objectives of the Gambling Act 2005 and has arrangements in place to provide gambling facilities in a manner consistent with those licensing objectives.

19. You are required to provide details of your policy to ensure that your business is protected from being a source of crime or disorder, being associated with crime or disorder or being used to support crime. This policy can be provided in the space below or as a separate document. If you are providing a separate document, please cross the box. ☒

Please refer to section 4 of the Business Plan

20. You are required to provide details of your policy to ensure that gambling is conducted in a fair and open way. This policy can be provided in the space below or as a separate document. If you are providing a separate document, please cross the box. ☒

Please refer to Section 4 of the Business Plan

continues on next page

CONFIDENTIAL AND PROPRIETARY

G&W011728

## Section 5 (continued)

21. You are required to provide details of your policy to ensure that children and other vulnerable persons will be protected from being harmed or exploited by gambling. This policy can be provided in the space below or as a separate document. If you are providing a separate document, please cross the box. [X]

Please refer to Section 4 of the Business Plan.

22. You are required to provide details of your policy for the promotion of social responsibility in gambling. This policy can be provided in the space below or as a separate document. If you are providing a separate document, please cross the box. [X]

Please refer to Section 4 of the Business Plan.

CONFIDENTIAL AND PROPRIETARY

G&W011729

## Section 6. Financial Information

When looking at an application for a licence, the Commission has to consider whether an applicant has the necessary financial resources available to it to be able to provide gambling facilities in a manner consistent with the licensing objectives of the Act and the Licence Conditions and Codes of Practice.

23. In order to assess the financial aspect of the application the Commission requires the following information (please see Guidance Notes for further information):
    - the most recent set of annual accounts (preferably audited);
    - accounts detailing the period between the most recent accounts provided and the date of application;
    - projections for the 12 months following the date of application and assumptions underlying these projections;
    - where the company is part of a group, the most recent set of annual accounts for the ultimate parent company; and
    - a business plan (see Guidance Notes).

Where the applicant does not publish this information in the form of annual accounts, then it must be provided in the tables provided in Annex B.

Please provide the date of your financial year end. 31/12

Please cross the box to confirm that you have provided the appropriate business plan. ☒

Please cross the box to confirm that you have provided the appropriate financial information as detailed above. ☒

24. The Commission must be satisfied that the projections provided have been approved and adopted by the board (or equivalent) and that the business is a going concern. Please see the Guidance Notes for details of who is required to sign the financial declaration.

Please sign the following financial declaration to confirm this:

**Financial declaration**

I/We certify that the financial projections provided have been approved and adopted by the board (or equivalent) and that the Directors (or equivalent) have a reasonable expectation that the licensed entity has adequate resources to continue in operational existence for the foreseeable future.

24a. First name(s)

Andrew

Surname

Garrood

Signed | Position in organisation

Managing Director

24b. First name(s)

Douglas

Surname

Barnard

Signed | Position in organisation

Managing Director

continues on next page

CONFIDENTIAL AND PROPRIETARY    G&W011730