Exhibit C-6

## Section 9: Other Information

23. Is there any other information which you believe the Commission would reasonably expect notice of or you would like the Commission to take into account when considering this application?

Yes – please provide details below ☐
(use a continuation sheet if necessary)

No – please continue to section 10 ☒

CONFIDENTIAL AND PROPRIETARY     G&W011774

## Section 10: Declaration

a) I certify that all the statements contained in, and attached to this application form are correct and complete and that I have attached the Photograph Identification Form and photograph/JPEG image.

b) I understand that the Gambling Commission may conduct a criminal record check through the Criminal Records Bureau or Disclosure Scotland about me. I confirm that the information that I have provided in support of this application is complete and true and understand that knowingly to make a false statement for this purpose is a criminal offence.

c) They may request a credit reference check and ask third parties for information about my professional qualifications and seek any other information of direct relevance to this application as necessary, including from appropriate authorities overseas. I give my consent to these checks being made.

d) The Gambling Commission may require confirmation of further information from third parties in respect of any evidence or documentation I have provided in support of this application. I agree to grant authorisation for the Gambling Commission to request and receive information about me from these third parties.

e) I understand that any misrepresentation or failure to reveal information or grant any authorisation requested may be deemed to be sufficient cause for the refusal or revocation of a licence.

f) I understand that should the information provided in relation to this application form cease to be correct, or if there are any changes to the information provided in the application form between the date the application was submitted and the date it is determined, it is my responsibility to advise the Commission immediately. Failure to do so could result in any licence subsequently issued being reviewed and possibly revoked.

g) I agree to comply with the licensing objectives, namely to keep gambling crime free, to ensure that it is fair and open and to protect children and vulnerable people from being harmed or exploited by gambling.

h) I agree to notify the Commission should any of the information given in this application change.

By signing this declaration, I am agreeing to all of paragraphs a) to h)

First name(s)
**David Anthony**

Surname
**Puckeridge**

Signed                                    Date

CONFIDENTIAL AND PROPRIETARY                              G&W011775

The Gambling Commission is a data controller under the terms of the Data Protection Act 1998. The information provided on this form will be processed for the purposes necessary for the Commission to carry out its functions and meet its legal obligations. The data may be shared with third parties who fulfil a service on behalf of and under the express instructions of the Commission and other bodies where it is necessary to do so in order to carry out the Commission's functions, or where the Commission is legally required or permitted to do so. The Commission complies with the Criminal Record Bureau (CRB) and Disclosure Scotland Codes of Practice and undertakes not to discriminate unfairly against any subject of a disclosure on the basis of conviction or other information revealed. However, the existence of a conviction for a relevant offence listed in Schedule 7 of the Gambling Act 2005 is a ground on which the Commission may refuse a licence. The Commission's Policy Statement on the Handling of applications from Ex Offenders is available on our website.

Any information or material sent to us and which we record may be subject to the Freedom of Information Act 2000. The Commission's policy on release of information is available on request or by reference to our website at www.gamblingcommission.gov.uk. The Commission will treat all information as confidential and will only disclose that information to people outside the Commission where it is necessary to do so in order to carry out the Commission's functions, or where the Commission is required by law to disclose the information. Therefore when providing information, if you think that certain information may be exempt from disclosure under the Freedom of Information Act 2000, please annotate the form accordingly so that we may take your comments into account. In addition, if your application is successful some of your details will be held on a public register. If any of the information on that register is inaccurate you have the right to have it corrected.

## Section 11: Enclosures

Please cross the box to confirm that the required enclosures have been attached:

The appropriate fee (non-refundable). ☒

Appropriate original identification documents (see Guidance Notes). ☐

Completed CRB or Disclosure Scotland application form. ☐

Copy of CRB or Disclosure Scotland report if carried out within the last six months. ☒

Overseas police report if you are not a British national and have not lived in Great Britain for more than two years. ☐

Copies of any overseas licences held by the applicant. ☐

Continuation sheet(s) if required. ☐

Completed Photograph Identification Form. ☐

**Remember:** Your application will not be considered unless all relevant questions have been completed and the application fee has been paid in full. Failure to provide the above information or to provide further information when requested by the Commission may result in your application being determined based on the information available to the Commission at the time which may affect the outcome of your application.

CONFIDENTIAL AND PROPRIETARY    G&W011776

OFFICE USE ONLY
Envelope ID

## Section 12: Payment Method

**24. Which payment method do you intend to use?**

Cheque/bankers draft ☐  Credit/debit card ☐
(please go to question 25)  (please go to question 26)

25. Amount £ _____  Number of applications being paid for

Applicant name

Account holder

Cheque number

26. Amount  Number of applications being paid for

Card type:  Visa ☐   Mastercard ☐   Switch or Maestro ☐
            Solo ☐   Visa Delta ☐   Please note: we do not accept American Express

Cardholder's name

House number   Property name

Street

Town/city

Postcode   Country

Card number

Expiry date   Valid from   Issue number   Security number
                                           OFFICE USE ONLY

Cardholder's signature   Date

**Send**

CONFIDENTIAL AND PROPRIETARY    G&W011777

The Gambling Commission regulates gambling in the public interest. It does so by keeping crime out of gambling, by ensuring that gambling is conducted fairly and openly, and by protecting children and vulnerable people from being harmed or exploited by gambling. The Commission also provides independent advice to government on gambling in Britain.

For further information or to register your interest in the Commission please visit our website at www.gamblingcommission.gov.uk

Gambling Commission
Victoria Square House
Victoria Square
Birmingham B2 4BP

T 0121 230 6666
F 0121 230 6720
E info@gamblingcommission.gov.uk

© Gambling Commission 2008

CONFIDENTIAL AND PROPRIETARY                G&W011778

**STRICTLY PRIVATE AND CONFIDENTIAL**

LINDA GARDNER
PARTNER
ACCESS PERSONAL CHECKING SERVICES
ACCESS PERSONAL CHECKING SERVICES
4 GREENFIELD ROAD C85
SOUTHPORT
MERSEYSIDE
PR8 5LX          21247801

A copy of the Disclosure has been sent to
DAVID PUCKERIDGE
1300 ABBEY ROAD
LONDON
UNITED KINGDOM
NW6 4SN



## Registered Body copy

## Standard Disclosure
## Page 1 of 2



Disclosure Number: 001245514293
Date of Issue: 31 JULY 2008

**Applicant Personal Details**

Surname: PUCKERIDGE
Forename(s): DAVID ANTHONY
Other Names: NONE DECLARED
Date of Birth: 09 JULY 1971
Place of Birth: PORT KEMBLA AUSTRALIA
Gender: MALE

**Employment Details**

Position applied for: CANTOR FFO IT MANAGER
Name of Employer: CANTOR GAMING

**Countersignatory Details**

Registered Person/Body: ACCESS PERSONAL CHECKING SERVICES
Countersignatory: LINDA GARDNER

| Police Records of Convictions, Cautions, Reprimands and Final Warnings |
|---|
| NONE RECORDED |

| Information from the list held under Section 142 of the Education Act 2002 |
|---|
| NOT REQUESTED |

| Protection of Children Act List information |
|---|
| NOT REQUESTED |

| Protection of Vulnerable Adults List information |
|---|
| NOT REQUESTED |

**Standard Disclosure**
This document is a Criminal Record Certificate within the meaning of sections 113A and 114 of the Police Act 1997.

**Use of Disclosure information**
The information contained in this Disclosure is confidential and all recipients must keep it secure and protect it from loss or unauthorised access. This Disclosure must only be used in accordance with the Criminal Record Bureau's (CRB) Code of Practice and any other guidance issued by the CRB. Particular attention must be given to the guidance on the fair use of the information in respect of those whose Disclosure reveals a conviction or similar information. The CRB will monitor the compliance of Registered Bodies with this Code of Practice and other guidance.

CONFIDENTIAL AND PROPRIETARY          G&W011779

# Cantor G&W Limited - Business Plan

© 2009
This document contains confidential information.
You may not disseminate, distribute or forward this document or disclose its contents to anybody else.

Copyright and other intellectual property rights in its contents are the sole property of Cantor G&W Limited.

Cantor G&W Limited
1 Churchill Place
Canary Wharf
London
E14 5RD
United Kingdom
Telephone: +44 (0)20 7894 7000
http://www.cantorgaming.com

# Table of Contents

1. Introduction..................................................................................................3
   1.1　Scope..........................................................................................................3
   1.2　Background and Executive Summary..........................................................3
   1.2.1　Cantor Fitzgerald Group............................................................................3
   1.2.2　Financial Fixed Odds Product...................................................................3
   1.2.3　Creation of Cantor G&W Ltd.....................................................................4
   1.2.4　New Licence - Details...............................................................................4
   1.2.5　Financial Fixed Odds – Existing Cantor/Ladbrokes Collaboration............4

2. Licensed Operator and Its Personnel.........................................................6
   2.1　Cantor G&W Limited....................................................................................6
   2.2　Organisational Chart....................................................................................7
   2.2.1　Key Roles and Functions for the Purposes of Personal Management Licences........8
   2.2.2　Directors....................................................................................................9

3. Business Objectives....................................................................................10
   3.1　Nature of Gambling to be Offered...............................................................10
   3.2　Provision of software..................................................................................10
   3.3　Type of Partners.........................................................................................10
   3.4　Mission & Goals.........................................................................................11
   3.4.1　Mission Statement....................................................................................11
   3.4.2　Goals........................................................................................................11

4. Regulatory Compliance...............................................................................12
   4.1　Introduction.................................................................................................12
   4.2　Business Partners......................................................................................12
   4.3　Money Laundering Issues..........................................................................12
   4.4　Suspicious Activities...................................................................................12
   4.5　Equipment and Compliance with Relevant Technical Standards..............13
   4.6　Fair and Open............................................................................................13
   4.7　Gambling and Social Responsibility...........................................................13

5. Technical Information – System Design...................................................15
   5.1　Information Flow.........................................................................................15
   5.1.1　Flow Explanation.....................................................................................16
   5.2　System Diagram.........................................................................................17
   5.2.1　Bet Placement & Settlement...................................................................18

6. Financial Matters.........................................................................................20
   6.1　Initial Capitalisation....................................................................................20
   6.2　Likely Trading Profile..................................................................................20
   6.3　Revenue Forecasts....................................................................................20
   6.4　Actual Trading Risk....................................................................................21
   6.5　Internal Audit Department..........................................................................22
   6.5.1　Function and Responsibility.....................................................................22
   6.6　Credit and Risk Functions.........................................................................22
   6.7　Financial Management Controls................................................................22
   6.7.1　Product Control........................................................................................22
   6.7.2　Financial Accounts...................................................................................23
   6.7.3　Management Accounts............................................................................23
   6.8　External Auditing........................................................................................23

CONFIDENTIAL AND PROPRIETARY

# 1. Introduction

## 1.1 Scope

This business plan relates to the gambling aspects of the business to be operated by Cantor Gaming and Wagering (G&W) Limited ("**Cantor G&W**").

## 1.2 Background and Executive Summary

### 1.2.1 Cantor Fitzgerald Group

The Cantor Fitzgerald Group of companies ("**Cantor**") is one of the largest and most successful financial institutions in the world. It has expertise in all aspects of trading in financial markets including equities, government bonds, derivatives and so on, though it also trades in products as diverse as carbon trading units and weather futures. Headquartered in New York and London, it has approximately 1400 employees spread across offices throughout all major financial centres.

As a result of its expertise in electronic broking, Cantor has developed a leading position in designing the software associated with financial trading. For example, it is well known for its proprietary market making software solutions marketed under the brand "eSpeed".

For several years, Cantor has been developing businesses in the field of remote gambling. This is, in some ways, a natural extension of the businesses operating in financial trading and market-making, being the development of contracts for difference and products which allow speculation on future value.

Cantor's interest in gambling takes a number of forms. For example:

- In 2000, Cantor formed Cantor Index Limited in the UK, which has become one of the leading operators in the field of financial spread betting.

- Cantor Gaming, an affiliate of Cantor Fitzgerald LP operating in the US, offers state-of-the-art technology solutions for two major platforms: mobile gaming and online gaming. A leader in the mobile gaming space, Cantor Gaming was instrumental in the passage of A.B. 471, which led to the adoption of mobile gaming regulations by the Nevada Gaming Commission. Subsequently, Cantor Gaming was granted the first licence to manufacture, distribute and operate mobile gaming systems in the state of Nevada.

- Cantor Odds Ltd and Cantor Gaming Ltd provide services in the field of fixed odds sports betting and on-line gaming respectively.

In addition to its Nevada gambling licence, companies within the Cantor Group hold gambling licences in Malta and Alderney. Furthermore, Cantor Index Ltd currently holds a UK remote general betting operating licence and a non-remote software operating licence both granted on the 27th April 2007 under reference 002997.

### 1.2.2 Financial Fixed Odds Product

One product which has been offered by Cantor Index Ltd for some years is a "financial fixed odds" ("FFO") Product. This is a form of binary betting which takes place on a financial index. The precise form of the betting is explained later in this document. However, in simple terms, the service allows customers to place bets on the likely position of a financial index (such as the FTSE 100 share index) over a short period (for example on a five minute basis). At the end of the five minute period, the bet is either won

CONFIDENTIAL AND PROPRIETARY      G&W011782

(because, for example, the index has attained a particular level) or lost (because it has not).

The FFO Product was historically offered through two different forums: it was available directly through the Cantor Index website, however, by far the largest proportion of the business performed through a partnership with Ladbrokes.

Note: This partnership is explained in more detail in Financial Fixed Odds – Existing Cantor/Ladbrokes Collaboration.

### 1.2.3　Creation of Cantor G&W Ltd

Recently, Cantor has decided to re-organise and consolidate its gambling-related businesses. The objective is to concentrate more resources in the USA (Nevada) and to focus more heavily on the development of software products for use in the gambling industry. As part of this re-organisation (relevant to the UK), it is proposed that Cantor Index should cease to offer the FFO Product and that a new company, Cantor G&W Ltd should take over that responsibility.

Under the new arrangement, Cantor G&W would offer its services to the end-user exclusively through partnerships with third parties holding a relevant gambling licence.

### 1.2.4　New Licence - Details

The FFO product is currently offered through Cantor Index Limited, under the Gambling Commission's Operator's Gambling Commission licence number:

000-002997-N-101719-001

Cantor Index intends to surrender its licence as a general betting operator and for the business which it currently conducts in relation to Fixed Odds products to be transferred to Cantor G&W. Cantor G&W will remain within the Cantor Group of companies but will be solely responsible for its UK gambling related activities. Cantor Index will continue to offer spread betting under the regulatory regime run by the Financial Services Authority.

Cantor G&W Limited is therefore making an application for:

1) a remote general betting operating licence; and

2) a non-remote software operating licence.

It should be stressed that although this will be a new licence application, it arises essentially from a corporate re-organisation rather than from any fundamental shift in the business being conducted. Consequently, many of the details (in terms of the software used, the management and staff of the company and so on) will be the same as applied in the period during which the service was offered by Cantor Index. The application arises because it is not possible under the Gambling Act 2005 to transfer an operating licence.

### 1.2.5　Financial Fixed Odds – Existing Cantor/Ladbrokes Collaboration

We think it useful to describe the FFO Product so that the Commission will understand which parts of the gambling process are to be handled by Cantor G&W and which by the partners with which it will work. In what follows, we have described the process as it currently operates as between Ladbrokes and Cantor Index. Under the new proposal, a similar apportionment of responsibility will apply between Cantor G&W and its partners. In the rest of this document, we refer to this method of doing business in partnership with a licensed operator as a "white label" partnership. However, we stress that the nature of the

CONFIDENTIAL AND PROPRIETARY　　　　　　　　　　　　　　　　　　　　　　　G&W011783

partnership which Cantor has with Ladbrokes and intends to have with other operators is not the same as a normal "white label" arrangement, since the responsibilities for some aspects of the overall regulatory burden (for example so far as they relate to customer acquisition and social responsibility) will be split between the parties, or will be in the hands of the white label partner.

The FFO Product in partnership with Ladbrokes PLC, is offered as part of Ladbroke's fixed-odds sports book accessible via www.ladbrokes.com.

**Note:** Refer to the Information Flow and System Diagram (section 5 for further information).

CONFIDENTIAL AND PROPRIETARY     G&W011784