UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/14/2015
```

REFCO GROUP LTD. LLC,

                Plaintiff,

-v-

CANTOR FITZGERALD, L.P., *et al.*,

                Defendants.

No. 13-CV-1654 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that a teleconference shall be held in this matter on December 17, 2015 at 11:30 a.m., during which the Court will address Defendants' Rule 72(a) Objections to Judge Pitman's July 6, 2015 Order. The parties shall jointly call the Court at (212) 805-0162 at the appointed time.

SO ORDERED.

Dated:   December 14, 2015
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge