Case 1:13-cv-01654-RA-HBP Document 126 Filed 12/29/15 Page 1 of 2



**Grant & Eisenhofer P.A.**

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500
Fax: 646-722-8501

123 Justison Street   Wilmington, DE 19801   Tel: 302-622-7000   Fax: 302-622-7100

30 N. LaSalle Street, Suite 2350
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

**MEMO ENDORSED**

WRITER'S DIRECT DIAL NUMBER

(302) 622-7095

December 28, 2015

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **DEC 29 2015**

**VIA CM/ECF**
The Honorable Ronnie Abrams
USDC, SDNY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     **Re:**   *Refco Group Ltd., LLC v. Cantor Fitzgerald, L.P., et al.,*
          **C.A. No. 1:13-cv-01654-RA-HBP**

Dear Judge Abrams:

     We represent plaintiff Refco Group Ltd., LLC ("RGL") in the above-referenced action. By this letter, RGL seeks the Court's permission to docket with the Clerk of the Court, the sealed, unredacted version of RGL's Verified Second Amended Complaint and exhibits (the "SAC"). Some procedural background is necessary to provide context for this request.

     On July 6, 2015 the Honorable Magistrate Judge Henry Pitman granted in part, and denied in part, RGL's Motion for Leave to File a Proposed Second Amended Complaint (the "July 6, 2015 Order"). (Dkt # 101). By Order dated July 15, 2015, Judge Pitman also granted RGL permission to file the SAC under seal. (Dkt # 102). The July 6, 2015 Order required RGL to file the SAC on July 27, 2015. However, on July 20, 2015, Defendants filed objections pursuant to Fed. R. Civ. P. Rule 72 to the July 6, 2015 Order (the "Rule 72 Objections"). (Dkt # 106). On July 27, 2015, Judge Pitman so-ordered the parties' stipulation that RGL would file the SAC within fourteen days of the Court's decision on the Rule 72 Objections, if necessary. (Dkt # 109).

     On December 17, 2015, the Court held a teleconference in which the Court issued its oral ruling denying the defendants' Rule 72 Objections. The Court's December 17, 2015 ruling triggered the 14-day deadline by which RGL must file the SAC. The ECF docket for this matter does not have a minute entry for the December 17, 2015 ruling.

     On December 23, 2015, RGL filed a redacted, public version of the SAC. However, the Clerk of the Court would not permit RGL to file the sealed version of the SAC without an indication of the Court's ruling on the Rule 72 Objections. Therefore, RGL respectfully requests the Court's endorsement that the Court's December 17, 2015 ruling permits RGL to also file, under seal, the unredacted version of the SAC.

The Honorable Ronnie Abrams
December 28, 2015
Page 2


            We are available to address any questions the Court may have.  Thank you for your time and
for your attention to this matter.


                                              Respectfully submitted,



                                              Diane Zilka


cc:  All Counsel


By July 6, 2015 Order, Magistrate Judge Pitman granted in part and denied in part Plaintiff's Motion
for Leave to File a Proposed Second Amended Complaint.  Dkt. 101.  By July 15, 2015 Order, Judge
Pitman permitted Plaintiff to file its Second Amended Complaint under seal and to file redacted
copies of those documents on the Court's ECF system.  Dkt. 102.  Defendants filed objections to
Judge Pitman's July 6 Order, which the Court rejected during a December 17, 2015 teleconference.
Accordingly, Plaintiff is permitted to file an undredacted version of its Second Amended Complaint
under seal in accordance with Judge Pitman's July 6 and July 15 Orders.  The Clerk of the Court is
respectfully instructed to terminate the motion pending at docket number 110.
SO ORDERED.



Hon. Ronnie Abrams, U.S.D.J.
December 29, 2015